Brian F. Buchanan, SBN 086017
Jeremy M. Friedman, SBN 249706
BUCHANAN & PATTERSON, LLP
465 E. Union Street, Ste. 201
Pasadena, CA 91101
Telephone: (323) 920-5529
Facsimile:  (888) 323-2684
Email: bbuchanan@bplawllp.com ;
        jfriedman@bplawllp.com ;
        friedman313@gmail.com

Attorneys for Plaintiff ACTON ACADEMY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTON ACADEMY, a Texas Nonprofit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> APOGEE HUMBOLT LLC, a California Limited Liability Company; TIM KENNEDY, an individual; MATT BEAUDREAU, an individual; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 3:25-cv-09688-MMC <br><br> **PLAINTIFF'S NOTICE OF RELATED CASES IN OTHER DISTRICTS** |

**NOTICE OF RELATED CASES IN OTHER DISTRICTS**

Plaintiff ACTON ACADEMY ("Plaintiff") hereby provides notice of related pending cases **in other districts**.  Under the Local Rules of the Northern District, an Administrative Motion to Consider Whether Cases Should be Related may be filed only when "a party knows or learns that an action, filed in or removed to **this district** is (or the party believes that the action may be) related to an action which is or was pending in **this District**".  Civil L.R. 3-12(b) (emphasis added). Accordingly, the scope of the above-quoted Rule 3-12(b) does not include related cases pending in other districts in California – i.e., the four related cases pending within the United States District Court for the Eastern District of California and the one related case pending in the Southern District of California.  All cases were filed by Plaintiff in California state courts and then removed to federal

- 1 -
**PLAINTIFF'S NOTICE OF RELATED CASES IN OTHER DISTRICTS**

courts by the Defendants.  Nonetheless, out of candor, Plaintiff provides notice of the related cases that are pending in other districts in California.  The list of cases – which includes the present case – is as follows:

Eastern District of California Cases:

- *Acton Academy v. Apogee Tahoe LLC et al.*, Case No. 2:25-cv-03289-DC-SCR (Notice of Removal filed 11/12/25) ("Case 3289-DC");

- *Acton Academy v. Apogee Strong, LLC et al.*, Case No. 2:25-cv-03396-DAD-AC (Notice of Removal filed 11/21/25) ("Case 3396-DAD");

- *Acton Academy v. Apogee Strong, LLC et al.*, Case No. 2:25-cv-03398-TLN-SCR (Notice of Removal filed 11/21/25) ("Case 3398-TLN");[1] and

- *Acton Academy v. Legacy Collaborative aka Apogee Sacramento et al.*, Case No. 2:25-cv-03446-DAD-JDP (Notice of Removal filed 11/26/25) ("Case 3446-DAD").

Northern District of California Case:

- *Acton Academy v. Apogee Humbol[d]t LLC et al.*, Case No. 3:25-cv-09688-MMC (Notice of Removal filed 11/10/25) (the "N.D.Cal. Case").

Southern District of California Case:

- *Acton Academy v. Apogee San Diego LLC et al.*, Case No. 3:25-cv-03130-JO-KSC (Notice of Removal filed 11/12/25) (the "S.D.Cal. Case").

All of these actions involve many of the same parties and are based on the same or similar claims.  The plaintiff is the same in all actions.  In all actions, individuals Tim Kennedy and Matt Beaudreau are named as defendants; Kennedy and Beaudreau are alleged to be principals and founders of the business-entity defendants, which are related to each other as part of a school network includes over 75 Apogee schools nationwide.  These facts are alleged in all of the Complaints. *See, e.g.,* Case 3289-DC, Dkt. 1-2, ¶¶ 38 – 42; Case 3396-DAD, Dkt. 1-2, ¶¶ 36 – 40; Case 3398-TLN,

---

[1] Two cases – i.e., Case 3396-DAD and Case 3398-TLN – concern the identical complaint, which was inadvertently filed *twice* in Placer County Superior Court, due to delays in processing the first filing in Placer County Superior Court.

**PLAINTIFF'S NOTICE OF RELATED CASES IN OTHER DISTRICTS**

Dkt. 1-2, ¶¶ 36 – 40; Case 3446-DAD, Dkt. 1-2, ¶¶ 39 – 43; N.D.Cal. Case, Dkt. 1-2, ¶¶ 39 – 43; S.D.Cal. Case, Dkt. 1-3, ¶¶ 37 – 41.  (Also, in some cases, the business entity's managers are named as additional defendants.  *See, e.g.,* Case 3289-DC (Steve Nichols and Ashley Nichols).)  All of the actions' Complaints assert the same causes of action.  *See* Case 3289-DC, Dkt. 1-2; Case 3396-DAD, Dkt. 1-2; Case 3398-TLN, Dkt. 1-2; Case 3446-DAD, Dkt. 1-2; N.D.Cal. Case, Dkt. 1-2; S.D.Cal. Case, Dkt. 1-3.

At this stage, all of these actions involve similar questions of fact and the same question(s) of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, because the same result should follow in all actions.  L.R. 123(a)(3).  The foregoing is apparent from the similarities among all of the actions' Complaints, which have similar factual allegations and assert the same causes of action.  *See* Case 3289-DC, Dkt. 1-2; Case 3396-DAD, Dkt. 1-2; Case 3398-TLN, Dkt. 1-2; Case 3446-DAD, Dkt. 1-2; N.D.Cal. Case, Dkt. 1-2; S.D.Cal. Case, Dkt. 1-3.  Among other things, in all of these actions, Plaintiff will file motions to remand to state court, for lack of subject matter jurisdiction (28 U.S.C. § 1447); the motions to remand will be extremely similar to each other.  Also, in five of these actions, Defendants have filed very similar motions to dismiss or, in the alternative, transfer venue.  Case 3289-DC, Dkt. 8 (filed 11/19/25); Case 3396-DAD, Dkt. 5 (filed 12/01/25); Case 3398-TLN, Dkt. 5 (filed 12/01/25); N.D.Cal. Case, Dkt. 9 (filed 11/17/25); S.D.Cal. Case, Dkt. 9 (filed 11/26/25).  Plaintiff's opposition filings will be very similar.  Plaintiff requests that Defendants' motions be denied as moot, due to the lack of subject matter jurisdiction.  (Alternatively, Plaintiff otherwise opposes Defendants' motions.)

Dated: December 2, 2025

BUCHANAN & PATTERSON, LLP

By    /s/Jeremy Friedman
Brian F. Buchanan
Jeremy Friedman

Attorneys for Plaintiff ACTON ACADEMY

- 3 -
**PLAINTIFF'S NOTICE OF RELATED CASES IN OTHER DISTRICTS**